IN RE GOINS.

[Cite as *In re Goins,* 137 Ohio St.3d 1215, 2013-Ohio-4782.]

(No. 2013-1546—Submitted October 29, 2013—Decided October 31, 2013.)

ON NOTICE OF REMOVAL OF DEFAULT.

——————————

{¶ 1} On October 8, 2013, this court suspended respondent, Gary Michael Goins, for an interim period pursuant to Gov.Bar R. V(5)(A)(4). On October 28, 2013, the Board of Commissioners on Grievances and Discipline submitted a notice pursuant to Gov.Bar R. V(5)(D)(1)(c) notifying this court that respondent no longer was in default of the child-support order previously submitted to the court.

{¶ 2} On consideration thereof, it is ordered by the court that pursuant to Gov.Bar R. V(5)(D)(1), respondent, Gary Michael Goins, Attorney Registration No. 0039050, last known business address in Gates Mills, Ohio, be reinstated to the practice of law.

{¶ 3} It is further ordered that pursuant to Gov.Bar R. V(5)(D)(2), the reinstatement of respondent shall not terminate any pending disciplinary proceedings against him.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

——————————